Wilmer T. Culver, trustee of estate of Ludington Manufacturing Company, bankrupt, appellant, v. Aetna State Bank and Charles B. Little, appellees. Gen. No. 23,823.

Bill to set aside transfers of property as fraudulent as to creditors. Decree for defendants. Appeal from the Circuit Court of Cook county; the Hon. Frederick A. Smith, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed.

Opinion filed October 15, 1918.  Rehearing denied October 25, 1918.
    Charles H. Leech and Samuel B. Hill, for appellant.  William
Annan Taylor, for appellee Aetna State Bank.  L. A. Stebbins and
Burton P. Sears, for appellee Charles B. Little.
    Mr. Justice Matchett delivered the opinion of the court.